

Mastery Charter-Thomas High    5700 Wayne Avenue Philadelphia, PA 19144
Antoneik Evans    2202 n marshall. street apt 4 Philadelphia, PA 19133-2157

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Antoneik Evans | Mastery Charter-Thomas High | ■ | 10/19/2025 | 11/01/2025 | 11/07/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,959.23 | 191.24 | 486.89 | 0.00 | 2,281.10 |
| YTD | 68,639.49 | 4,422.30 | 11,428.69 | 0.00 | 52,788.50 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Paid Time Off | 10/19/2025 - 11/01/2025 | 16 | 35.87 | 573.92 | 72 | 2,519.60 |
| Academic Pay- Sum | | | 0 | | 0 | 7,674.86 |
| Regular Pay | 10/19/2025 - 11/01/2025 | 0 | 0 | 2,295.31 | 0 | 52,001.43 |
| Class Coverage | 10/19/2025 - 11/01/2025 | 0 | 45 | 90.00 | 0 | 1,035.00 |
| Group Term Life | 10/19/2025 - 11/01/2025 | 0 | 0 | 0.68 | 0 | 13.88 |
| Non-Instructional | | | 0 | | 4 | 100.00 |
| Other Earnings | | | 0 | | 0 | 750.00 |
| Summer School Tea | | | 0 | | 60.75 | 3,645.00 |
| Supplies Reimburse | | | 0 | | 0 | 100.00 |
| Sick Time Off | | | 0 | | 24 | 813.60 |
| Earnings | | | | 2,959.91 | | 68,653.37 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 180.84 | 4,188.61 |
| Medicare | 42.29 | 979.59 |
| Federal Withholding | 61.47 | 1,571.07 |
| State Tax - PA | 89.52 | 2,073.65 |
| SUI-Employee Paid - PA | 2.07 | 47.98 |
| City Tax - PHILA | 110.70 | 2,567.79 |
| Employee Taxes | 486.89 | 11,428.69 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403(B) | 147.97 | 3,427.09 |
| Aetna HMO Medical | 43.27 | 995.21 |
| Pre Tax Deductions | 191.24 | 4,422.30 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 403(B) ER Match | 147.97 | 3,427.09 |
| Aetna HMO Medical - ER | 369.98 | 8,177.91 |
| Dental ER | 15.22 | 343.17 |
| Employer Paid Benefits | 533.17 | 11,948.17 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,916.64 | 67,558.16 |
| Medicare - Taxable Wages | 2,916.64 | 67,558.16 |
| Federal Withholding - Taxable Wages | 2,768.67 | 64,131.07 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 4000 | |
| Additional Withholding | 0 | 0 |

### Time Off Balance

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Time Off - 10.5 Month - Days | 0 | 2 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| wells fargo | wells | ******1260 | | 1,537.46 | USD |
| PNC bank | Savings | ******2006 | | 349.01 | USD |
| PNC bank | Check 2 | ******2978 | | 394.63 | USD |



Mastery Charter-Thomas High  5700 Wayne Avenue Philadelphia, PA 19144
Antoneik Evans  2202 n marshall. street apt 4 Philadelphia, PA 19133-2157

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Antoneik Evans | Mastery Charter-Thomas High | | 11/02/2025 | 11/15/2025 | 11/21/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,869.23 | 186.74 | 463.55 | 0.00 | 2,218.94 |
| YTD | 71,508.72 | 4,609.04 | 11,892.24 | 0.00 | 55,007.44 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Academic Pay- Sun | | | 0 | | 0 | 7,674.86 | OASDI | 175.25 | 4,363.86 |
| Regular Pay | 11/02/2025 - 11/15/2025 | 0 | 0 | 2,869.23 | 0 | 54,328.26 | Medicare | 40.99 | 1,020.58 |
| Class Coverage | | | 0 | | 0 | 1,035.00 | Federal Withholding | 51.21 | 1,622.28 |
| Group Term Life | 11/02/2025 - 11/15/2025 | 0 | 0 | 0.68 | 0 | 14.56 | State Tax - PA | 86.76 | 2,160.41 |
| Non-Instructional | | | 0 | | 4 | 100.00 | SUI-Employee Paid - PA | 2.01 | 49.99 |
| Other Earnings | | | 0 | | 0 | 750.00 | City Tax - PHILA | 107.33 | 2,675.12 |
| Summer School Tea | | | 0 | | 60.75 | 3,645.00 | | | |
| Supplies Reimburse | | | 0 | | 0 | 100.00 | | | |
| Paid Time Off | 06/01/2025 - 06/14/2025 | 16 | 33.9 | 542.40 | 88 | 3,062.00 | | | |
| Regular Pay | 06/01/2025 - 06/14/2025 | 0 | 0 | -2,711.54 | | | | | |
| Regular Pay | 06/01/2025 - 06/14/2025 | 0 | 0 | 2,169.14 | | | | | |
| Sick Time Off | | | 0 | | 24 | 813.60 | | | |
| Earnings | | | | 2,869.91 | | 71,523.28 | Employee Taxes | 463.55 | 11,892.24 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 403(B) | 143.47 | 3,570.56 |
| Aetna HMO Medical | 43.27 | 1,038.48 |
| Pre Tax Deductions | 186.74 | 4,609.04 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 403(B) ER Match | 143.47 | 3,570.56 | OASDI - Taxable Wages | 2,826.64 | 70,384.80 |
| Aetna HMO Medical - ER | 369.98 | 8,547.89 | Medicare - Taxable Wages | 2,826.64 | 70,384.80 |
| Dental ER | 15.22 | 358.39 | Federal Withholding - Taxable Wages | 2,683.17 | 66,814.24 |
| Employer Paid Benefits | 528.67 | 12,476.84 | | | |

| | Federal | State | Time Off Balance | | | |
|---|---|---|---|---|---|---|
| Marital Status | Head of Household | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Paid Time Off - 10.5 Month - Days | 0 | 0 | 0 |
| Total Dependent Amount | 4000 | | | | | |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| wells fargo | wells | ******1260 | | 1,495.57 | USD |
| PNC bank | Savings | ******2006 | | 339.50 | USD |
| PNC bank | Check 2 | ******2978 | | 383.87 | USD |



Mastery Charter-Thomas High   5700 Wayne Avenue Philadelphia, PA 19144
Antoneik Evans   2202 n marshall. street apt 4 Philadelphia, PA 19133-2157

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Antoneik Evans | Mastery Charter-Thomas High | | 10/05/2025 | 10/18/2025 | 10/24/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,004.23 | 193.49 | 498.55 | 0.00 | 2,312.19 |
| YTD | 65,680.26 | 4,231.06 | 10,941.80 | 0.00 | 50,507.40 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Paid Time Off | 10/05/2025 - 10/18/2025 | 16 | 35.87 | 573.92 | 56 | 1,945.68 | OASDI | 183.62 | 4,007.77 |
| Academic Pay- Sum | | | | 0 | | 7,674.86 | Medicare | 42.94 | 937.30 |
| Regular Pay | 10/05/2025 - 10/18/2025 | 0 | 0 | 2,295.31 | 0 | 49,706.12 | Federal Withholding | 66.60 | 1,509.60 |
| Class Coverage | 10/05/2025 - 10/18/2025 | 0 | 45 | 135.00 | 0 | 945.00 | State Tax - PA | 90.90 | 1,984.13 |
| Group Term Life | 10/05/2025 - 10/18/2025 | 0 | 0 | 0.68 | 0 | 13.20 | SUI-Employee Paid - PA | 2.11 | 45.91 |
| Non-Instructional | | | | 0 | 4 | 100.00 | City Tax - PHILA | 112.38 | 2,457.09 |
| Other Earnings | | | | 0 | 0 | 750.00 | | | |
| Summer School Tea | | | | 0 | 60.75 | 3,645.00 | | | |
| Supplies Reimburse | | | | 0 | 0 | 100.00 | | | |
| Sick Time Off | | | | 0 | 24 | 813.60 | | | |
| Earnings | | | | 3,004.91 | | 65,693.46 | Employee Taxes | 498.55 | 10,941.80 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 403(B) | 150.22 | 3,279.12 |
| Aetna HMO Medical | 43.27 | 951.94 |
| Pre Tax Deductions | 193.49 | 4,231.06 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 403(B) ER Match | 150.22 | 3,279.12 | OASDI - Taxable Wages | 2,961.64 | 64,641.52 |
| Aetna HMO Medical - ER | 369.98 | 7,807.93 | Medicare - Taxable Wages | 2,961.64 | 64,641.52 |
| Dental ER | 15.22 | 327.95 | Federal Withholding - Taxable Wages | 2,811.42 | 61,362.40 |
| Employer Paid Benefits | 535.42 | 11,415.00 | | | |

| | Federal | State | Time Off Balance | | | |
|---|---|---|---|---|---|---|
| Marital Status | Head of Household | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Paid Time Off - 10.5 Month - Days | 0 | 2 | 2 |
| Total Dependent Amount | 4000 | | | | | |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| wells fargo | wells | ******1260 | | 1,558.42 | USD |
| PNC bank | Savings | ******2006 | | 753.77 | USD |



Mastery Charter-Thomas High   5700 Wayne Avenue Philadelphia, PA 19144
Antoneik Evans   2202 n marshall. street apt 4 Philadelphia, PA 19133-2157

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Antoneik Evans | Mastery Charter-Thomas High | | 09/21/2025 | 10/04/2025 | 10/10/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,869.23 | 186.74 | 463.55 | 0.00 | 2,218.94 |
| YTD | 62,676.03 | 4,037.57 | 10,443.25 | 0.00 | 48,195.21 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Paid Time Off | | | 0 | | 40 | 1,371.76 |
| Academic Pay- Sum | | | 0 | | 0 | 7,674.86 |
| Regular Pay | 09/21/2025 - 10/04/2025 | 0 | 0 | 2,869.23 | 0 | 47,410.81 |
| Class Coverage | | | 0 | | 0 | 810.00 |
| Group Term Life | 09/21/2025 - 10/04/2025 | 0 | 0 | 0.68 | 0 | 12.52 |
| Non-Instructional | | | 0 | | 4 | 100.00 |
| Other Earnings | | | 0 | | 0 | 750.00 |
| Summer School Tea | | | 0 | | 60.75 | 3,645.00 |
| Supplies Reimburse | | | 0 | | 0 | 100.00 |
| Sick Time Off | | | 0 | | 24 | 813.60 |
| Earnings | | | | 2,869.91 | | 62,688.55 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 175.25 | 3,824.15 |
| Medicare | 40.99 | 894.36 |
| Federal Withholding | 51.21 | 1,443.00 |
| State Tax - PA | 86.76 | 1,893.23 |
| SUI-Employee Paid - PA | 2.01 | 43.80 |
| City Tax - PHILA | 107.33 | 2,344.71 |
| Employee Taxes | 463.55 | 10,443.25 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403(B) | 143.47 | 3,128.90 |
| Aetna HMO Medical | 43.27 | 908.67 |
| Pre Tax Deductions | 186.74 | 4,037.57 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 403(B) ER Match | 143.47 | 3,128.90 |
| Aetna HMO Medical - ER | 369.98 | 7,437.95 |
| Dental ER | 15.22 | 312.73 |
| Employer Paid Benefits | 528.67 | 10,879.58 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,826.64 | 61,679.88 |
| Medicare - Taxable Wages | 2,826.64 | 61,679.88 |
| Federal Withholding - Taxable Wages | 2,683.17 | 58,550.98 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 4000 | |
| Additional Withholding | 0 | 0 |

### Time Off Balance

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Time Off - 10.5 Month - Days | 0 | 0 | 4 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| wells fargo | wells | ******1260 | | 2,218.94 | USD |