IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ANTONEIK EVANS           ) | |
| **Debtor(s)**                         ) | |
|                                                    ) | CHAPTER 13 |
| MERCEDES-BENZ FINANCIAL   ) | |
| SERVICES USA LLC                   ) | Case No.: 25-15043 (DJB) |
| **Moving Party**                   ) | |
|                                                    ) | |
| v.                                              ) | **Hearing Date:  2-19-26 at 11:00 AM** |
|                                                    ) | |
| ANTONEIK EVANS                  ) | |
| **Respondent(s)**                 ) | 11 U.S.C. 362 |
|                                                    ) | |
| KENNETH E. WEST                ) | |
| **Trustee**                              ) | |
|                                                    ) | |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Comes now Mercedes-Benz Financial Services USA LLC ("Mercedes-Benz") filing this its Motion For Relief From The Automatic Stay ("Motion"), and in support thereof, would respectfully show:

1. That on December 10, 2025, Antoneik Evans filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. This Court has jurisdiction of the Motion by virtue of 11 U.S.C. 105, 361, 362, and 28 U.S.C. 157 and 1334.

3. On February 7, 2022, the Debtor entered into a retail installment contract for the purchase of a **2019 Mercedes-Benz A220** bearing vehicle identification number WDD3G4EB0KW006557.  The contract was assigned to Mercedes-Benz Financial Services and the Debtor became indebted to Mercedes-Benz in accordance with the terms of same.  Mercedes-Benz Financial Services is designated as first lien holder on the title to the vehicle and holds a first purchase money security interest in the vehicle.   A true copy of the contract and title inquiry to the vehicle are annexed hereto as Exhibits A and B.

4. The Debtor lists the vehicle as being surrendered in his Chapter 13 Plan.

5. The Debtor's account is past due from August 20, 2025 to December 20, 2025 with arrears in the amount of $4,089.24.

6. As of January 13, 2026, the Debtor's account with Mercedes-Benz had a net loan balance of $24,596.15.

7. According to the January 2026 NADA Official Used Car Guide, the vehicle has a current retail value of $17,275.00.

8. Mercedes-Benz Financial Services USA LLC alleges that the automatic stay should be lifted for cause under 11 U.S.C. 362(d)(1) in that Mercedes-Benz lacks adequate protection of its interest in the vehicle as evidenced by the following:

    (a) The Debtor lists the vehicle as being surrendered in his Chapter 13 Plan; Mercedes-Benz requires stay relief in order to secure, process, and sell it.

    (b) The Debtor is failing to make payments to Mercedes-Benz and is failing to provide Mercedes-Benz with adequate protection.

WHEREFORE PREMISES CONSIDERED, Mercedes-Benz Financial Services USA LLC respectfully requests that upon final hearing of this Motion, (1) the automatic stay will be terminated as to Mercedes-Benz to permit Mercedes-Benz to seek its statutory and other available remedies; (2) that the stay terminate upon entry of this Order pursuant to the authority granted by Fed.R.Bank.P., Rule 4001(a)(4) and (3) Mercedes-Benz be granted such other and further relief as is just.

Respectfully submitted,

/s/ William E. Craig
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Attorney ID: 92329
Local Counsel for Mercedes-Benz Financial Services USA LLC