| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| WDD3G4EB0KW006557 | 2019 | MERZ | A22 | 4D | 17900882252 |

DATE OF FIRST SECURITY INTEREST  02-07-2022
FIRST LIENHOLDER CODE
MERCEDES BENZ FIN SERV USA LLC
PO BOX 997542
SACRAMENTO  CA  95899-7542
FIRST LIEN RELEASED BY

_____
SIGNATURE          RELEASE DATE

MERCEDES BENZ FIN SERV USA LLC
PO BOX 997542
SACRAMENTO    CA  95899-7542

KW00655717900882252

STATE OF TENNESSEE
DEPARTMENT OF REVENUE

## STATE OF TENNESSEE

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE DOCUMENT, BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

### CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| WDD3G4EB0KW006557 | 2019 | MERZ | A22 | 4D | 17900882252 |

| NEW | USED | DEMO | PREVIOUS TITLE NO | PREV STATE | SALES OR USE TAX | CO | ODOMETER |
|---|---|---|---|---|---|---|---|
|  | X |  | 17900276984 | TN |  | 79 | 49435 |

DATE TITLE ISSUED       04-13-2022        REMARKS
DATE VEHICLE ACQUIRED   02-07-2022        ACTUAL MILEAGE

ANTONEIK EVANS
610 RIENZI DRIVE APT 104
MEMPHIS    TN 38103

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN SUBMITTED UNDER TENNESSEE CODE ANNOTATED, 55-3-101, TITLE TO THE MOTOR VEHICLE DESCRIBED ABOVE IS VESTED IN THE OWNER'S NAME HEREIN THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED FOR SAID MOTOR VEHICLE

FIRST LIEN RELEASED BY

_____
SIGNATURE          RELEASE DATE
DATE OF FIRST SECURITY INTEREST  02-07-2022
FIRST LIENHOLDER CODE
MERCEDES BENZ FIN SERV USA LLC
PO BOX 997542
SACRAMENTO    CA  95899-7542

WDD3G4EB0KW006557

17900882252

37947995        RV F1318101 REV 12/14

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO SEE THE MARK.

STATE OF TENNESSEE