UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  
   Antoneik Evans,  
   Debtor(s)

Chapter 13  
Bky. No. 25-15043

**STATE OF TEXAS**      )  
                                   ) ss.  
**COUNTY OF BELL**      )     **AFFIDAVIT**

I, _Edna Reyna_, a Bankruptcy Specialist of Mercedes-Benz Financial Services USA LLC, declare under penalty of perjury that I have personal knowledge of the information set forth below, which is true and correct to the best of my knowledge, information, and belief.

1. This affidavit is based on the loan payment records of Mercedes-Benz Financial Services USA LLC as of January 13, 2026. These records are regularly maintained in the course of business and it is the regular practice to make and maintain these records. These records reflect the loan payments that are noted in the records at the time of receipt by persons whose regular duties include recording this information. I maintain these records and regularly use and rely upon them in the performance of my duties.

2. Mercedes-Benz Financial Services USA LLC has a valid, perfected security interest in the following (the "Collateral"): 2019 Mercedes-Benz A220W, VIN: WDD3G4EB0KW006557.

3. $24,596.15 is the outstanding balance under the contract.

4. $4,089.24 is the amount of the existing delinquency under the contract.

5. $17,275.00 is the fair market value of the Collateral.

6. No appropriate insurance has been verified.

Further your affiant sayeth not.

Dated: _1-14-2026_

Subscribed and sworn to before me on this _14_ day of _January_, 2026

_Jackie Blair_  
Notary Public  
My commission expires: _February 1, 2027_

Printed Name: _Edna Reyna_  
Title: Bankruptcy Specialist  
Creditor: Mercedes-Benz Financial Services USA LLC

JACKIE BLAIR  
My Notary ID # 131877753  
Expires February 1, 2027