IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | 25-15043 (DJB) |
| ANTONEIK EVANS ) | |
| ) | |
| **Debtor(s)** ) | Chapter 13 |
| ) | |
| ) | |

**CERTIFICATE OF SERVICE**

WILLIAM E. CRAIG, attorney for Mercedes-Benz Financial Services USA LLC hereby certifies as follows:

1. I am the attorney for Mercedes-Benz and am fully familiar with the facts of this case.

2. On January 21, 2026, I served by electronic means and/or by regular mail, a copy of the Notice Of Motion, Motion For Relief From Stay, Affidavit, and Proposed Order to the following individuals:

| Debtor | Debtor's Attorney |
|---|---|
| Antoneik Evans | Michael A. Cibik, Esq. |
| 2202 N Marshall St. | Cibik Law, P.C. |
| Philadelphia, PA 19133 | 1500 Walnut Street |
| | Suite 900 |
| | Philadelphia, PA 19102 |

| Office of the US Trustee | Trustee |
|---|---|
| Robert N.C. Nix Federal Building | Kenneth E. West |
| 900 Market Street | Office of the Chapter 13 Standing Trustee |
| Suite 320 | 190 N. Independence Mall West |
| Philadelphia, PA 19107 | Suite 701 |
| | Philadelphia, PA 19106 |

Date: 1/21/26

/s/ William E. Craig
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Bar I.D. 92329 - Pennsylvania