IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ANTONEIK EVANS ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| MERCEDES-BENZ FINANCIAL ) | |
| SERVICES USA LLC ) | Case No.: 25-15043 (DJB) |
| **Moving Party** ) | |
| ) | |
| v. ) | **Hearing Date:  2-19-26 at 11:00 AM** |
| ) | |
| ANTONEIK EVANS ) | |
| **Respondent(s)** ) | 11 U.S.C. 362 |
| ) | |
| KENNETH E. WEST ) | |
| **Trustee** ) | |
| ) | |
| ) | |

**CERTIFICATION OF NO RESPONSE**

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Motion, and proposed Order on January 21, 2026 as shown in the Certification of Service filed in this matter, that more than 14 days have passed and that I have received no objection as of this date either oral or written to the Motion.

I respectfully request that the Court grant Mercedes-Benz' Motion For Relief From The Automatic Stay, enter the attached Order, and cancel the hearing scheduled for February 19, 2026.

Date:  2/18/26

/s/ William E. Craig
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Bar I.D. 92329
Attorney for Mercedes-Benz Financial Services USA LLC