IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                )
                      )   25-15043 (DJB)
ANTONEIK EVANS        )
                      )
**Debtor(s)**         )   Chapter 13
                      )
                      )

## CERTIFICATE OF SERVICE

WILLIAM E. CRAIG, attorney for Mercedes-Benz Financial Services USA LLC hereby certifies as follows:

1. I am the attorney for Mercedes-Benz and am fully familiar with the facts of this case.

2. On February 18, 2026, I served by electronic means and/or by regular mail, a copy of the Certificate Of No Response and Proposed Order to the following individuals:

Debtor
Antoneik Evans
2202 N Marshall St.
Philadelphia, PA 19133

Debtor's Attorney
Michael A. Cibik, Esq.
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Office of the US Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

Date: 2/18/26

/s/ William E. Craig
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Bar I.D. 92329 - Pennsylvania