IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ANTONEIK EVANS **Debtor(s)** | ) ) ) CHAPTER 13 |
| MERCEDES-BENZ FINANCIAL SERVICES USA LLC **Moving Party** | ) ) Case No.: 25-15043 (DJB) ) ) |
| v. | ) ) |
| ANTONEIK EVANS **Respondent(s)** | ) ) 11 U.S.C. 362 ) |
| KENNETH E. WEST **Trustee** | ) ) ) ) |

**ORDER MODIFYING THE AUTOMATIC STAY
AS TO PERSONAL PROPERTY**

Upon the Motion of Mercedes-Benz Financial Services USA LLC, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is modified to permit the movant to pursue the movant's rights in the personal property described as a **2019 Mercedes-Benz A220** bearing vehicle identification number WDD3G4EB0KW006557 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: **February 18, 2026**

_____
UNITED STATES BANKRUPTCY JUDGE