United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Antoneik Evans  
    Debtor

Case No. 25-15043-djb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Feb 18, 2026      Form ID: pdf900      Total Noticed: 2

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Antoneik Evans, 2202 N Marshall St, Philadelphia, PA 19133-2157 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: notices@bkservicing.com | Feb 19 2026 00:57:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 20, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Antoneik Evans help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Mercedes-Benz Financial Services USA LLC wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Feb 18, 2026 Form ID: pdf900 Total Noticed: 2
TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ANTONEIK EVANS | ) |
| **Debtor(s)** | ) |
| | ) CHAPTER 13 |
| MERCEDES-BENZ FINANCIAL | ) |
| SERVICES USA LLC | ) Case No.: 25-15043 (DJB) |
| **Moving Party** | ) |
| | ) |
| v. | ) |
| | ) |
| ANTONEIK EVANS | ) |
| **Respondent(s)** | )   11 U.S.C. 362 |
| | ) |
| KENNETH E. WEST | ) |
| **Trustee** | ) |
| | ) |
| | ) |

### ORDER MODIFYING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the Motion of Mercedes-Benz Financial Services USA LLC, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is modified to permit the movant to pursue the movant's rights in the personal property described as a **2019 Mercedes-Benz A220** bearing vehicle identification number WDD3G4EB0KW006557 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: **February 18, 2026**

_____
UNITED STATES BANKRUPTCY JUDGE