# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>        Antoneik Evans,<br><br>                Debtor. | Case No. 25-15043-DJB<br><br>Chapter 13 |

**Certificate of Service**

I, Michael A. Cibik, certify that on April 8, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: April 8, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Method of Service: CM/ECF

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
Chapter 13 Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Mercedes-Benz Financial Services USA, LLC**
c/o BK Servicing, LLC
P.O. Box 131265
Roseville, MN 55113-0011

## Method of Service: First Class Mail

**Capital One**
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

**Citibank/Best Buy**
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179-0040

**Cornerstone**
PO Box 82561
Lincoln, NE 68501

**Credit Collection Services**
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

**Current**
Attn: Bankruptcy
217 Centre St #180,
New York, NY 10013

**Debt Recovery Solution**
Attn: Bankruptcy
6800 Jericho Turnpike, Ste 113E
Syosset, NY 11791

**Fortiva**
Attn: Bankruptcy
P.O. Box 105555
Atlanta, GA 30348-5555

**Grand Canyon University**
Attn: Bankruptcy Dept
3300 W. Camelback Road
Phoenix, AZ 85017

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Midland Credit Mgmt**
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193

**National Credit Systems, Inc.**
Attn: Bankruptcy
P.O. Box 672288
Atlanta, GA 30006

**Navy Federal Cr Union**
820 Follin Lane Se
Vienna, VA 22180

**OnPath Federal CU**
Attn: Bankruptcy
PO Box 961
Roanoke, TX 76262

**PECO Energy Company** 2301
Market St
Philadelphia, PA 19103-1338

**Pennsylvania Dept. of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**PGW**
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

**PPA**
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**Water Revenue Bureau**
c/o Pamela Elchert Thurmond
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

**Wf/Preferred**
Attn: Bankruptcy
P.O. Box 51193
Los Angeles, CA 90051-5493