United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 25-15043-djb

Antoneik Evans                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 3

Date Rcvd: Jun 18, 2026                     Form ID: pdf900                          Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Antoneik Evans, 2202 N Marshall St, Philadelphia, PA 19133-2157 |
| 15082507 | | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 15092766 | + | Mercedes-Benz Financial USA LLC, c/o William E. Craig, Esquire, Eisenberg Gold & Agrawal, P.C., 1040 Kings Hwy N #200, Cherry Hill, NJ 08034-1925 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 19 2026 00:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 19 2026 00:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 19 2026 00:57:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Jonston, RI 02919 |
| cr | + | Email/Text: gbechakas@outlook.com | Jun 19 2026 00:57:00 | Intercoastal Financial, LLC, 7954 Transit Rd, Williamsville, NY 14221-4117 |
| 15091395 | | Email/Text: notices@bkservicing.com | Jun 19 2026 00:57:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 15085685 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 19 2026 00:57:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 15082524 | | Email/Text: megan.harper@phila.gov | Jun 19 2026 00:57:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax Lit & Collections Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15082506 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 19 2026 01:01:03 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15082508 | ^ | MEBN | Jun 19 2026 00:53:10 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 15082509 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 19 2026 00:57:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15082510 | + | Email/Text: bankruptcynotices@current.com | Jun 19 2026 00:57:00 | Current, Attn: Bankruptcy, 217 Centre St #180,, New York, NY 10013-3624 |
| 15082511 | ^ | MEBN | Jun 19 2026 00:52:49 | Debt Recovery Solution, Attn: Bankruptcy, 6800 Jericho Turnpike, Ste 113E, Syosset, NY 11791-4401 |

District/off: 0313-2                                       User: admin                                                    Page 2 of 3

Date Rcvd: Jun 18, 2026                              Form ID: pdf900                                         Total Noticed: 37

| ID | Delivery | Time | Recipient |
|---|---|---|---|
| 15084181 | ^ MEBN | Jun 19 2026 00:52:55 | FIRST PORTFOLIO VENTURES II, LLC, 3091 Governors Lake Drive Suite 500, Peachtree Corners, GA 30071-1135 |
| 15082512 | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 19 2026 00:57:00 | Fortiva, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 15082513 | Email/Text: ben.meyer@gcu.edu | Jun 19 2026 00:57:00 | Grand Canyon University, Attn: Bankruptcy Dept, 3300 W. Camelback Road, Phoenix, AZ 85017 |
| 15092511 | + Email/Text: gbechakas@outlook.com | Jun 19 2026 00:57:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 15082514 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 19 2026 00:57:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15100850 | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 19 2026 00:57:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 15082515 | + Email/Text: FWBankruptcyTeam@mercedes-benz.com | Jun 19 2026 00:57:00 | Mercedes - Benz Financial Services, Attn: Bankruptcy, P.O. Box 685, Roanoke, TX 76262-0685 |
| 15095960 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 19 2026 00:57:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15082516 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 19 2026 00:57:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 15082517 | Email/Text: bankruptcy@nationalcreditsystems.com | Jun 19 2026 00:57:00 | National Credit Systems, Inc., Attn: Bankruptcy, P.O. Box 672288, Atlanta, GA 30006 |
| 15104766 | Email/Text: bankruptcy@nationalcreditsystems.com | Jun 19 2026 00:57:00 | National Credit Systems, Inc., P.O.BOX 672288, Marietta, GA 30006 |
| 15082518 | + Email/Text: ext_ebn_inbox@navyfederal.org | Jun 19 2026 00:57:00 | Navy Federal Cr Union, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 15102135 | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 19 2026 00:57:00 | Navy federal Credit Union, P.O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 15082519 | ^ MEBN | Jun 19 2026 00:53:23 | OnPath Federal CU, Attn: Bankruptcy, PO Box 961, Roanoke, TX 76262-0961 |
| 15082520 | + Email/Text: bankruptcygroup@peco-energy.com | Jun 19 2026 00:57:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15082522 | ^ MEBN | Jun 19 2026 00:53:01 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15082521 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 19 2026 00:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15093552 | ^ MEBN | Jun 19 2026 00:53:01 | Philadelphia Gas Works, Bankruptcy Dept 3FL, 800 W Montgomery Ave., Philadelphia, PA 19122-2806 |
| 15082523 | Email/Text: bankruptcy@philapark.org | Jun 19 2026 00:57:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15104484 | + Email/Text: bncmail@w-legal.com | Jun 19 2026 00:57:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 15150736 | Email/Text: EDBKNotices@ecmc.org | Jun 19 2026 00:57:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 15082525 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jun 19 2026 01:01:03 | Wf/Preferred, Attn: Bankruptcy, P.O. Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 34

District/off: 0313-2

User: admin

Page 3 of 3

Date Rcvd: Jun 18, 2026

Form ID: pdf900

Total Noticed: 37

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | BK SERVICING LLC, PO BOX 131265, ROSEVILLE MN 55113-0011, address filed with court:, Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026

Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Antoneik Evans help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Mercedes-Benz Financial Services USA LLC wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :          **Chapter 13**

    **Antoneik Evans,**


      **Debtor.**                          :          **25-15043-DJB**

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR**
**APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    **AND NOW**, upon consideration of the Amended Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1.  This chapter 13 bankruptcy case is **DISMISSED**.

2.  Any wage orders previously entered are **VACATED**.

3.  Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4.  All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **fourteen (14) days** of the entry of this Order.

5.  **Promptly after the expiration of the time period set forth in Paragraph 4 above, Counsel for the Debtor(s) shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6.  If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated:  **June 18, 2026**

_____
**DEREK J. BAKER**
**U.S. BANKRUPTCY JUDGE**