# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Antoneik Evans,

        Debtor.

Case No. 25-15043-DJB

Chapter 13

## Certificate of Service

I, Michael A. Cibik, certify that on June 25, 2026, I did cause a true and correct copy of the Application for Compensation, Notice, Proposed Order, and Exhibit(s) to be served on the parties listed below, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**Antoneik Evans**
2202 N Marshall St
Philadelphia, PA 19133-2157
Method of Service: First Class Mail

Date: June 25, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com